# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE SAMPSON,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00238-RCJ-WGC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On the face of the petition petitioner indicates that he filed a previous federal habeas petition challenging this judgment of conviction, case no. C-182432, which he states was denied on the merits (ECF #1-1, p. 2). In fact, this court's docket reflects that petitioner's prior federal habeas petition is currently on appeal before the Ninth Circuit. *See* Case No. 3:11-cv-00019-LRH-WGC, ECF #95. Accordingly, this second petition must be dismissed for lack of jurisdiction. 28 U.S.C. § 2244.

    **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF #1-1).

    **IT IS FURTHER ORDERED** that the petition is **DISMISSED** for lack of jurisdiction.

    **IT IS FURTHER ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF #1) is **DENIED** as moot.

-2-

1     **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

2     **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

    Dated this 11th day of June, 2015.

                              UNITED STATES DISTRICT JUDGE