UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE SAMPSON,<br><br>                              Petitioner,<br>  v.<br>ISIDRO BACA, et al.,<br><br>                              Respondents. | Case No. 3:15-cv-00238-RCJ-WGC<br><br>ORDER |

On June 11, 2015, this court dismissed petitioner Willie Sampson's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of jurisdiction because his appeal of the denial of his prior federal habeas petition was pending with the Ninth Circuit (ECF No. 4). Judgment was entered (ECF No. 6). Petitioner has filed what he titled a motion to consolidate/stay cases (ECF No. 9). It is unclear what relief Sampson seeks. In any event, this case is closed and, accordingly, there is no pending petition to "consolidate" with any other case. This motion is frivolous and is denied.

**IT IS THEREFORE ORDERED** that petitioner's motion to consolidate (ECF No. 9) is **DENIED**.

DATED: August 23, 2016

                                                          ROBERT C. JONES
                                                          UNITED STATES DISTRICT JUDGE